**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

ROTHSCHILD DIGITAL CONFIRMATION, LLC,

               Plaintiff/Counterclaim Defendant,

      v.

MHELPDESK, INC.,

               Defendant/Counterclaim Plaintiff.

Case No. 3:19-cv-00356-MHL

**PATENT CASE**

**JURY TRIAL DEMANDED**

**ROTHSCHILD DIGITAL CONFIRMATION, LLC'S ANSWER AND AFFIRMATIVE
DEFENSES TO MHELPDESK'S COUNTERCLAIMS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff/Counter-Defendant, Rothschild Digital Confirmation, LLC ("Rothschild"), and, with a full reservation of rights, files the following Answer and Affirmative Defenses in response to the Counterclaims filed by Defendant/Counterclaim Plaintiff mHelpdesk, Inc. ("Defendant") on June 11, 2019, [ECF No. 10]. Rothschild denies each and every allegation in Defendant's Counterclaims, except as may be hereinafter expressly admitted, and, for its affirmative defenses, aver as follows:

## RESPONSE TO COUNTERCLAIMS

AND NOW, Rothschild, as Counterclaim Defendant to mHelpdesk's counterclaims, responds as follows:

## PARTIES

1.     Rothschild admits based solely on the representation made in this paragraph.

2.     Rothschild admits the allegations of this paragraph.

## JURISDICTION

3.      This paragraph merely incorporates paragraphs 1 and 2 and no answer is required. To the extent that an answer is required, Rothschild incorporates its answers to paragraphs 1 and 2 above.

4.      Rothschild admits that this Court has subject matter jurisdiction over these counterclaims pursuant to 28 U.S.C. §§ 1331, 1338, 1367, and 2201-2202, but Rothschild denies that Defendant is entitled to any relief and that Defendant's counterclaims have any legal or factual basis. Rothschild denies any remaining allegations in Paragraph 4 of the counterclaims.

5.      Rothschild admits the allegations of this paragraph.

6.      Rothschild admits that venue is proper but denies that it is "not necessarily convenient" as alleged in this paragraph and further denies that Defendant is entitled to any relief and that Defendant's counterclaims have any legal or factual basis. Rothschild denies any remaining allegations in Paragraph 6 of the counterclaims.

## COUNT I

### DECLARATION REGARDING NON-INFRINGEMENT

7.      This paragraph merely incorporates paragraphs 1-6 and no answer is required.  To the extent that an answer is required, Rothschild incorporates its answers to paragraphs 1-6 above.

8.      Rothschild admits that Defendant asserts that an actual controversy exists as to the infringement of the patent at issue but denies that Defendant has any legally or factually sufficient affirmative defenses to infringement and denies any implication in this paragraph that Defendant does not infringe the patent at issue.

9.      Rothschild denies the allegations of this paragraph.

10. Rothschild denies the allegations of this paragraph and denies that Defendant is entitled to a declaration that Defendant does not infringe, either directly or indirectly, the claims of the patent at issue.

## COUNT II

## DECLARATION REGARDING INVALIDITY

11. This paragraph merely incorporates paragraphs 1-10 and no answer is required. To the extent that an answer is required, Rothschild incorporates its answers to paragraphs 1-10 above.

12. Rothschild admits that Defendant asserts that an actual controversy exists regarding the validity of the patent at issue but denies that Defendant has any legally or factually sufficient affirmative defenses to the validity of the patent at issue and denies any implication in this paragraph that the patent at issue is invalid.

13. Rothschild denies the allegations of this paragraph.

14. Rothschild denies the allegations of this paragraph and denies that Defendant is entitled to a declaration of invalidity, and denies that the claims of the patent at issue fail to comply with the requirements of any section or provision of United States Code, Title 35.

## AFFIRMATIVE DEFENSES

Rothschild now sets forth the following affirmative defenses. Rothschild reserves the right to amend its answer to add additional Affirmative Defenses consistent with any facts discovered during the course of this action.

### *First Affirmative Defense*

Defendant has failed to state a cause of action in its counterclaims against Rothschild for which relief may be granted.

### *Second Affirmative Defense*

Defendant has failed to comply with all conditions precedent to its right and ability to pursue any claim, action, or cause of action against Rothschild on the premises of any counterclaim.

### *Third Affirmative Defense*

Defendant has no legally cognizable right or cause of action to recover attorneys' fees from Rothschild.

### *Fourth Affirmative Defense*

Defendant is not entitled to recover any court costs from Rothschild.

### *Fifth Affirmative Defense*

Defendant is not entitled to any other relief, whether at law or in equity, from or against Rothschild.

### *Sixth Affirmative Defense*

Defendant is not entitled to an award of its attorneys' fees incurred in connection with defending this action pursuant to 35 U.S.C. § 285.

## PRAYER FOR RELIEF

Rothschild denies that Defendant is entitled to any relief relating to its affirmative defenses or counterclaims and denies all allegations set forth in all paragraphs a) - h) of Defendant's prayer for relief.

- 5 -

## <u>DEMAND FOR JURY TRIAL</u>

Rothschild is not required to provide a response to Defendant's demand for a trial by jury.

Dated July 2, 2019.

OF COUNSEL:

David A. Chavous, Esq.
*pro hac vice*
CHAVOUS INTELLECTUAL
PROPERTY LAW LLC
793 Turnpike Street, Unit 1
North Andover, MA 01845
Phone: (978) 655-4309
Fax: (978) 945-0549
dchavous@chavousiplaw.com

CHAVOUS INTELLECTUAL
PROPERTY LAW LLC
793 Turnpike Street, Unit 1
North Andover, MA 01845
Phone: (978) 655-4309
Fax: (978) 945-0549
dchavous@chavousiplaw.com

   __*/s/* Steven War_____
Steven War (VSB # 45048)
**McNeely, Hare & WarLLP**
5335 Wisconsin Ave, NW, Suite 440
Washington, DC  20015
Tel: (202) 536-5877
Fax: (202) 478-1813
e-mail: steve@miplaw.com

*Attorneys for Plaintiff*
*Rothschild Digital Confirmation, LLC.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of July this document was filed through the ECF system and sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be served via first-class mail to any of those indicated as non-registered participants.

*/s/* Steven War___

Steven War

Date: July 2, 2019